IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **J.C. PENNEY CORPORATION, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil No. **04-973-MJR** |
| **EMJ CONSTRUCTION MANAGEMENT** | ) | |
| **COMPANY, GUARANTEE ELECTRICAL** | ) | |
| **CONSTRUCTION COMPANY, and** | ) | |
| **ADVANCED DATA** | ) | |
| **COMMUNICATION, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, defendant EMJ Construction

Management Company's Motion for Substitution of Counsel **(Doc. 19**) is **GRANTED**.

Joseph P. Whyte is substituted as counsel for defendant.

Mark J. Cero is granted leave to withdraw as attorney for defendant.

The Court notes that the name, but not the signature, of Kyle T. Gray also appears on the

motion.  Should Mr. Gray desire to enter his appearance, he must file an entry of appearance

signed by him.

**IT IS SO ORDERED.**

**DATE:  June 14, 2005.**

> **s/ Clifford J. Proud**
> **CLIFFORD J. PROUD**
> **UNITED STATES MAGISTRATE JUDGE**