IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J.C. PENNEY CORPORATION, INC.,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> GUARANTEE ELEC. CONSTRUCTION CO.,  ) <br> & ADVANCED DATA COMMUNICATIONS,  ) <br> ) <br> Defendants.  ) | Case No. 04-cv-0973-MJR |

### MEMORANDUM and ORDER

REAGAN, District Judge:

After an explosion at a retail store at St. Clair Square shopping mall, J.C. Penney sued three Defendants for property damage: (1) EMJ Construction Management Company, (2) Guarantee Electrical Construction Co, and (3) Advanced Data Communications, Inc. Advanced Data answered J.C. Penney's complaint on February 10, 2005 (Doc. 12). The Defendants filed various cross-claims and third-party claims, and the case progressed. Defendant EMJ was dismissed on January 19, 2006, leaving two Defendants in the case. Trial is scheduled to proceed on February 27, 2006.

On January 19, 2006, Plaintiff J.C. Penney moved to disqualify counsel for Defendant Advanced Data. In the motion, J.C. Penney stated that its in-house litigation counsel learned "approximately ten (10) days ago" the identity of the firm representing Advanced Data in this case. J.C. Penney claims that there is an "obvious" conflict of interest if that firm (Rynearson, Suess, Schnurbusch & Champion, LLC) remains counsel of record for Defendant Advanced Data. J.C. Penney asks the undersigned District Judge to disqualify the Rynearson law firm from further representation herein. *See* Doc. 49, pp. 1-2.

At a telephone status conference on January 20, 2006, the Court directed Advanced Data's counsel to respond to Penney's motion. Counsel for Advanced Data (attorney Jeffrey K. Suess of Rynearson/Suess) did so on January 27, 2006. The response notes that (a) the potential conflict *was* raised with J.C. Penney sometime in 2003, (b) attorney Suess believed that the conflict had been waived, and (c) Suess' client, Advanced Data, has instructed his firm "not to withdraw, as they ... would be greatly impaired in their defense of this matter by changing counsel in this case" (Doc. 55, p. 2).

The Court is troubled by the eleventh-hour nature of J.C. Penney's motion. Rynearson/Suess has been representing Defendant Advanced Data in this case for over eleven months. Counsel for Rynearson/Suess sent a copy of Advanced Data's answer in this case to J.C. Penney's counsel on February 10, 2005. Moreover, the undersigned Judge's role does not properly include determining for counsel whether conflicts of interest exist in a given case or whether counsel can continue their representation without running afoul of applicable ethical prohibitions.

For all these reasons, the Court **DENIES** J.C. Penney's motion to disqualify (Doc. 49). Trial remains set to commence on February 27, 2006, and a final pretrial conference will proceed at 10:00 a.m. on February 10, 2006. If Rynearson/Suess decides to withdraw from representing Advanced Data, a motion to withdraw must be filed no later than February 3, 2006.

IT IS SO ORDERED.

DATED this 27th day of January, 2006.

                                              s/ Michael J. Reagan
                                              MICHAEL J. REAGAN
                                              United States District Judge