UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

J.C. PENNEY CORPORATION,            )
                                    )
            Plaintiff,              )
                                    )   Case Number: 04-973-MJR
                                    )
EMJ CONSTRUCTION MANAGEMENT         )
COMPANY; GUARANTEE ELECTRICAL       )
CONSTRUCTION COMPANY; and           )
ADVANCED DATA COMMUNICATION, INC.,  )
                                    )
            Defendants.             )

## ORDER
### MOTIONS IN LIMINE #1 - #4

The Plaintiff, J.C. Penney Corporation, by and through its attorneys, Sneckenberg, Thompson & Brody, LLP and Walker & Williams, P.C., prior to the selection of the jury in this case, respectfully moves this honorable court, *in limine*, to enter an order directing the Defendants, through their respective counsel, and any witnesses called by the Defendant to refrain from making any direct or indirect mention, whatsoever, at the trial, and/or before the jury, the following matters without first obtaining permission from this Court, outside the presence and hearing of the jury:

1. Witnesses other than parties are excluded during the taking of testimony. Noone v. Olehy 297 Ill.160, 130 N.E. 476. **Granted**

2. The wealth or the poverty of the parties, or the pecuniary circumstances of any of the parties. Hedge v. Midwest Construction, 53 Ill.App. 2d 365; Illinois Central Railroad Com v. Slater, 129 Ill. 91, 21 N.E. 575; Hickey v. CTA, 3 Ill.App. 2d 223, 121 N.E.2d 348 (1954). **Granted**

3. It is well established under Illinois law that any testimony, comment, or evidence as to offers or discussions of settlement or compromise is excluded and strictly prohibited. **Granted**

1

**GRANTED**

4.  It is well established under Illinois law that any testimony, comment, or evidence as to insurance, insurance coverage, or any other matter which would violate the "collateral source rule" is completely barred and strictly prohibited, and therefore should be excluded.

Further, it is highly prejudicial, against public policy, and has no probative value for the jury as to this accident, its liability if any, or the injuries.

**WHEREFORE**, the Plaintiff respectfully requests this Court to enter an order directing the Defendants, through their respective counsel, and their respective counsel, individually, not to mention, refer to or interrogate concerning, or voluntarily answer or attempt to convey before the jury, at any time during these proceedings, in any manner, either directly or indirectly, the subject matters as stated above, without first informing the court and obtaining permission of the Court, outside the presence and hearing of the jury; and further, to instruct the Defendants, through their respective counsel and their respective counsel, individually, not to make any reference or inference to the fact that this Motion has been filed, argued or ruled upon by this Court, and further, that each respective counsel be instructed to warn and caution each and every witness appearing in their phase of this litigation to strictly comply with this rule of this Court.

Respectfully Submitted,
Sneckenberg, Thompson & Brody, LLP

BY:  S/ William J. Sneckenberg
William J. Sneckenberg
Attorneys for the Plaintiff

161 N. Clark Street
Suite 3575
Chicago, IL 60601
(312) 782-9320

Enter: 2/10/06
MJReagan

2